PARAMPRIT S. BINDRA (SBN 311916)
BINDRA LAW FIRM
9245 LAGUNA SPRINGS DRIVE, SUITE 200
ELK GROVE, CA 95758
Telephone: (916) 512-8413
Facsimile: (916) 512-8572
E-mail:  paul@bindralawfirm.com

ATTORNEY FOR DEFENDANTS:
SURINDER S. BINDRA, INDIVIDUALLY AND DBA WILTON STORE; AND,
JUJHAR SINGH GILL, INDIVIDUALLY AND DBA WILTON STORE

TANYA E. MOORE (SBN 206683)
MOORE LAW FIRM, P.C.
300 SOUTH FIRST STREET, SUITE 343
SANJ JOSE, CA  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com
tanya@moorelawfirm.com

Attorney for Plaintiff
DARREN GILBERT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| DARREN GILBERT, <br><br>              PLAINTIFF, <br><br>     vs. <br><br> SURINDER S. BINDRA, individually and dba WILTON STORE; JUJHAR SINGH GILL, individually and dba WILTON STORE;, <br><br><br><br>              DEFENDANTS. | Case No.: 2:22-CV-00807-JAM-KJN <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

1   IT IS HEREBY STIPULATED, by and between the parties hereto through their respective

2   attorneys that SURINDER S. BINDRA, INDIVIDUALLY AND DBA WILTON STORE; AND,

3   JUJHAR SINGH GILL, INDIVIDUALLY AND DBA WILTON STORE ("Defendants") may have

4   additional time within which to answer or otherwise respond to Plaintiff, DARRENT GIBLERT'S,

5   complaint.  Therefore, the last day for defendants to answer or otherwise respond to plaintiff's

6   complaint is Monday, August 15, 2022.

7   Good cause exists for this extension as defense counsel has just been assigned to this case

8   and requires time to become knowledgeable about the case to prepare an initial pleading.

9   Additionally, defense counsel may be out of town from July 7, 2022, to July 15, 2022 and July 28,

10  2022 to August 1, 2022, on business. This extension of time is Defendants' first extension and does

11  not alter the date of any event or any deadline already fixed by Court order.

12  This document is being electronically filed through the Court's ECF System. In this

13  regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable

14  to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing

15  of this document; and (3) a record supporting this concurrence is available for inspection or

16  production if so ordered.

17  Respectfully submitted,

**BINDRA LAW FIRM**

DATED: 06-29-2022       By: /s/ Paramprit S. Bindra
                        PARAMPRIT S. BINDRA
                        Attorney for Defendants
                        SURINDER S. BINDRA, INDIVIDUALLY AND
                        DBA WILTON STORE; AND,
                        JUJHAR SINGH GILL, INDIVIDUALLY AND DBA
                        WILTON STORE

**MOORE LAW FIRM, P.C.**

DATED: 06-29-2022       By: /s/ Tanya E. Moore
                        TANYA E. MOORE
                        Attorney for Plaintiff
                        DARREN GILBERT

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Monday, August 15, 2022.

DATED: July 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE